**STANDARD SAVINGS AND LOAN
ASSOCIATION OF WILKINS-
BURG, PA.**

v.

**CENTURY 21 METRO REALTY
EAST, Respondent.**

Supreme Court of Pennsylvania.

Nov. 9, 1995.

### ORDER

PER CURIAM:

**AND NOW,** this 9th day of November, 1995, the Petition for Allowance of Appeal is granted and the case Remanded to the Superior Court for consideration of appeal as a case stated, based on the admissions and stipulated facts set forth in the Trial Court's Adjudication.

MONTEMURO, J., participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f).

■

**In the Matter of Nino V. TINARI.**

**No. 895, Disciplinary Docket
No. 2—Supreme Court.
No. 99 DB 92 Disciplinary Board.**

Supreme Court of Pennsylvania.

Nov. 13, 1995.

PETITION FOR REINSTATEMENT

### ORDER

PER CURIAM:

AND NOW, this 13th day of November, 1995, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated October 6, 1995, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

CASTILLE, J., did not participate in this matter.

MONTEMURO, J., participates by designation as a senior judge as provided by Pa.R.J.A. No. 701(f).